RECVD'06 APR 13 11:42 USDC-ORP

FILED'06 APR 14 09:30 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| PAULA S. EWING,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | 05-0494-JE<br><br>ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4837.50 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fee shall be made payable to plaintiff's attorney. There are no costs and expenses to be paid herein.

DATED this 12 day of April, 2006.

                 /s/ John Jelderks
                 UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-  ORDER - [05-0494-JE]